# MORRIS L. HORWITZ
## Chapter 7 United States Trustee in Bankruptcy
14 Lafayette Square, Suite 1440
Buffalo, NY 14203
(716) 838-4300 (Erie)   (716) 693-4529 (Niagara)
(716) 693-4685 (fax)



Receipt
#110491043
$3.85

FILED
DEC 15 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

FILED
DEC 8 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

December 8, 2010

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202-2501

Re:   RIBBECK, JENNIFER L.   Case 08-13447-K
      Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

   Enclosed please find my Trustee's check in the amount of $_____. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

   ____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

   __X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

   Niagara Falls Memorial Center   Amount $ 3.85   Claims Register #___3___

   Claimant _____   Amount $_____   Claims Register #_____

   Claimant _____   Amount $_____   Claims Register #_____

   Claimant _____   Amount $_____   Claims Register #_____

                                          _____
                                          Morris L. Horwitz, Trustee